| PROB 22<br>(Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:90CR-21-005 |
|---|---|

**1: 06CR00163 HEA** FILED NOV 2 2 2006

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Louis Jimerson<br>313 Westgate<br>Sikeston, MO 63801 | DISTRICT<br><br>Florida Northern | DIVISION<br><br>Gainesville | U. S. DISTRICT COURT<br>EASTERN DISTRICT OF, MO<br>CAPE GIRARDEAU |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Maurice M. Paul | | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>September 15, 2006 | TO<br>September 14, 2011 |

OFFENSE

Conspiracy to Possess With Intent to Distribute Cocaine, 21 U.S.C. §§ 841 and 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northen District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

*November 7, 2006*

Date

*Maurice M Paul*

Maurice M. Paul
Sr. United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

     IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-17-06

*Effective Date*

*Donald Stohr*

*United States District Judge*

## United States District Court

Eastern District of Missouri
Southeastern Division
339 Broadway
Cape Girardeau, Missouri 63701

James G. Woodward
Clerk of Court

Phone: 573-335-8538

November 28, 2006

Sheila Hurst-Rayborn, Acting Clerk
Northern District of Florida
111 North Adams Street
Tallahassee, FL 32301-7717

RE:  USA v. Louis Jimerson
     Our Case No. 1:06CR00163HEA
     Your Case No. 1:90CR-21-005
                 1:90 cr 01021 mp

Dear Ms. Hurst-Rayborn:

Pursuant to Title 18, United States Code, Section 3653, enclosed is an original Transfer of Jurisdiction (Form 22) signed by district judges in both districts.

Please forward certified copies of the Indictment or Information, Judgment and Order of Supervised Release, Docket Sheet and Transfer of Jurisdiction.

If you have any questions, please feel free to contact me.

Sincerely yours,

JAMES G. WOODWARD,  CLERK

By:

Deputy Clerk

enc.